1 BENJAMIN B. WAGNER
United States Attorney
2 YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
3 Eastern District of California
501 I Street, Suite 10-100
4 Sacramento, CA 95814-2322
Telephone:  (916) 554-2760
5 Facsimile:  (916) 554-2900

6

Attorney for Petitioner United States of America
7

8                 **UNITED STATES DISTRICT COURT**

9                 **EASTERN DISTRICT OF CALIFORNIA**

10

11 UNITED STATES OF AMERICA,          )   Case No. 1:11-cv-01255-OWW-MJS
                                      )
12                  Petitioner,       )   **ORDER TO SHOW CAUSE RE:**
                                      )   **ENFORCEMENT OF  INTERNAL**
13          v.                        )   **REVENUE SERVICE SUMMONS**
                                      )
14 HETENDRA M. PATEL, Agent for       )   TAXPAYER: RED ZONE, INC.
   Service for Red Zone, Inc.,        )
15                                    )   Date:  Friday, September 23, 2011
                    Respondent.       )   Time:  9:30 a.m.
16                                    )   Ctrm:  #6 (Honorable Michael J. Seng)
                                      )
17 _____ )

18        Upon review of the Verified Petition to Enforce Internal Revenue Service

19 Summons and the Memorandum of Points and Authorities filed in support of the petition

20 by the United States of America,

21        IT IS HEREBY ORDERED that Respondent, HETENDRA M. PATEL, appear

22 before United States Magistrate Judge Michael J. Seng, in Courtroom No. 6, in the United

23 States Courthouse, 2500 Tulare Street, Fresno, California, 93721, on Friday, September

24 23, 2011, at 9:30 a.m. to show cause why Respondent should not be compelled to obey

25 the Internal Revenue Service summons served upon Respondent on December 15, 2010,

26 and attached to the United States' Verified Petition to Enforce Internal Revenue Service

27 Summons.

28 ///

1    IT IS HEREBY FURTHER ORDERED that a copy of this Order to Show Cause,

2  together with one copy each of the Verified Petition to Enforce Internal Revenue Service

3  Summons and the Memorandum of Points and Authorities filed in support of the petition,

4  shall be served upon Respondent by any means of service permitted by Fed. R. Civ. P.

5  4(e), on or before August 26, 2011, unless such service cannot be made despite

6  reasonable efforts.  If Petitioner is unable to serve Respondent despite making reasonable

7  efforts to do so, Petitioners may request a court order granting leave to serve by other

8  means.  See Fed. R. Civ. P. 81(a)(5).

9    IT IS HEREBY FURTHER ORDERED that within 14 days of service of a copy of

10  this Order to Show Cause and accompanying papers, Respondent shall file and serve a

11  written response to the Petition to Enforce Internal Revenue Service Summons, supported

12  by appropriate declaration(s), as well as any motions the Respondents desire to make.

13  Petitioner may file a reply.   Only issues raised by the written response and supported by

14  declaration(s) will be considered on the return date of this Order, and any uncontested

15  allegations in the Verified Petition to Enforce Internal Revenue Service Summons will be

16  deemed admitted.  If the summons is enforced, the Court should retain jurisdiction to

17  enforce its order by its contempt power.

18

19

20  IT IS SO ORDERED.

21  Dated:    August 1, 2011          /s/ *Michael J. Seng*
                                      UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28

ORDER TO SHOW CAUSE RE: ENFORCEMENT OF INTERNAL REVENUE SERVICE SUMMONS