BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, CA 95814-2322
Telephone:  (916) 554-2760
Facsimile:  (916) 554-2900
Email: yoshinori.himel@usdoj.gov

Attorney for Petitioner United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:11-CV-01255 AWI MJS |
| Petitioner, | **MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS RE: I.R.S. SUMMONS ENFORCEMENT** |
| v. | |
| HETENDRA M. PATEL, Agent for Service for Red Zone, Inc., | TAXPAYER: RED ZONE, INC. |
| Respondent. | |

This matter came before me on September 23, 2011, under the Order to Show Cause filed August 1, 2011, which, with the verified petition and memorandum, was adequately served upon respondent, Mr. Hetendra M. Patel, under Fed. R. Civ. P. 4(e), on August 9, 2011.  Respondent did not file written opposition.

At the hearing, Yoshinori H. T. Himel appeared for petitioner, and investigating Revenue Officer Lisa Cumiford was present.  Respondent appeared in person.  The parties, in open court, expressed their agreement to meet on Wednesday, November 2, 2011, at 9:00 a.m., at the Fresno IRS office, for respondent to comply with the IRS summons.

The Verified Petition to Enforce I.R.S. Summons initiating this proceeding seeks to enforce an administrative summons (Exhibit A to the petition) in aid of Revenue Officer Cumiford's investigation of Hetendra M. Patel, as Agent for Service of Red Zone,

Inc., to obtain financial information relevant to the IRS's efforts to collect Employer's Federal Quarterly Tax (Form 941) for the tax periods ending June 30, 2009, and September 30, 2009.

Subject matter jurisdiction is invoked under 28 U.S.C. §§ 1340 and 1345, and is found to be proper. I.R.C. §§ 7402(b) and 7604(a) (26 U.S.C.) authorize the government to bring the action. The Order to Show Cause shifted to respondent the burden of rebutting any of the four requirements of United States v. Powell, 379 U.S. 48, 57-58 (1964).

I have reviewed the petition and documents in support. Based on the uncontroverted verification of Revenue Officer Cumiford and the entire record, I make the following findings:

(1) The summons issued by Revenue Officer John Costa to respondent, Hetendra M. Patel, agent for service for Red Zone, Inc., on December 14, 2010, seeking testimony and production of documents and records in respondent's possession, was issued in good faith and for a legitimate purpose under I.R.C. § 7602, that is, to obtain information for the collection of assessed Employer's Federal Quarterly Tax (Form 941) for the tax periods ending June 30, 2009, and September 30, 2009.

(2) The information sought is relevant to that purpose.

(3) The information sought is not already in the possession of the Internal Revenue Service.

(4) The administrative steps required by the Internal Revenue Code have been followed.

(5) There is no evidence of referral of this case by the Internal Revenue Service to the Department of Justice for criminal prosecution.

(6) The verified petition and its exhibits made a prima facie showing of satisfaction of the requirements of United States v. Powell, 379 U.S. 48, 57-58 (1964).

(7) The burden shifted to respondent, Hetendra M. Patel, to rebut that prima facie showing.

(8) Respondent presented no argument or evidence to rebut the prima facie showing.

I therefore recommend that the IRS summons issued to respondent, Hetendra M. Patel, be enforced, and that respondent be ordered to appear at the I.R.S. offices at 2525 Capitol Street, Suite 205, Fresno, California 93721, before Revenue Officer Lisa Cumiford, or her designated representative, on Wednesday, November 2, 2011, at 9:00 a.m., then and there to be sworn, to give testimony, and to produce for examining and copying the books, checks, records, papers and other data demanded by the summons, the examination to continue from day to day until completed.  I further recommend that if it enforces the summons, the Court retain jurisdiction to enforce its order by its contempt power.

These findings and recommendations are submitted to the United States District Judge assigned to the case, under 28 U.S.C. § 636(b)(1)(B) and (C) and Rule 72-304 of the Local Rules of the United States District Court for the Eastern District of California. Within ten (10) days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be titled "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections shall be served and filed within ten (10) days after service of the objections.  The District Judge will then review these findings and recommendations pursuant to 28 U.S.C. § 636(b)(1).  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:   October 7, 2011            /s/ Michael J. Seng
                                    UNITED STATES MAGISTRATE JUDGE