BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, CA 95814-2322
Telephone: (916) 554-2760
Facsimile: (916) 554-2900
email: yoshinori.himel@usdoj.gov

Attorney for Petitioner United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Petitioner,<br><br>v.<br><br>HETENDRA M. PATEL, Agent for Service for Red Zone, Inc.,<br><br>    Respondent. | Case No. 1:11-cv-01255-OWW-MJS<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS AND ENFORCING I.R.S. SUMMONS**<br><br>TAXPAYER: RED ZONE, INC. |

    The United States here petitions for enforcement of an I.R.S. summons issued by investigating Revenue Officer Lisa Cumiford. The matter was placed before United States Magistrate Judge Michael J. Seng under 28 U.S.C. § 636 *et seq.* and Local Rule 73-302. On August 1, 2011, Judge Seng issued an Order to Show Cause, ordering the respondent, Hetendra M. Patel, as Agent for Service for Red Zone, Inc., to show cause why the I.R.S. summons issued to him on December 14, 2010, should not be enforced. The Petition, Points and Authorities, and Order to Show Cause were served upon the respondent in conformity with Fed. R. Civ. P. 4. Respondent did not file an opposition to enforcement under paragraph on page 3 of the Order to Show Cause.

    At the show-cause hearing held before Judge Seng on September 23, 2011, respondent appeared and agreed to comply with the summons. On October 11, 2011, Judge Seng filed Findings and Recommendations, finding that the requirements for

1 summons enforcement had been satisfied and recommending that the summons be
2 enforced.  Neither side filed objections to the Magistrate Judge's findings and
3 recommendations.
4     I have reviewed the entire record de novo under 28 U.S.C. § 636(b)(1)(C) and
5 Local Rule 72-304.  I am satisfied that the Magistrate Judge's findings and
6 recommendations are supported by the record and by proper analysis, and that the
7 requested and unopposed summons enforcement should be granted.  Accordingly, it is
8 hereby ORDERED as follows:
9     1. The Magistrate Judge's Findings and Recommendations Re: I.R.S. Summons
10 Enforcement, filed October 11, 2011, are ADOPTED IN FULL.
11     2. The I.R.S. summons issued to respondent, Hetendra M. Patel, Agent for Service
12 for Red Zone, Inc., is ENFORCED.
13     3. Respondent, Hetendra M. Patel, is ORDERED to appear at the I.R.S. offices at
14 2525 Capitol Street, Suite 206, Fresno, California, 93721, before Revenue Officer Lisa
15 Cumiford, or her designated representative, within 21 days of the issuance of this order,
16 or at an alternate time and date to be set by Revenue Officer Cumiford, then and there to
17 be sworn, to give testimony, and to produce for examining and copying the books, checks,
18 records, papers and other data demanded by the summons, the examination to continue
19 from day to day until completed.
20     4. The Clerk shall serve this and future orders by mail to Mr. Hetendra M. Patel,
21 Agent for Service for Red Zone, Inc., 2217 E. Lester Ave., Fresno, California, 93720.
22     5. The Court shall retain jurisdiction to enforce its order.
23     6. The United States of America shall notify the Court regarding Respondent's
24 compliance with this order.
25 IT IS SO ORDERED.
26
27 Dated:   February 10, 2012                                CHIEF UNITED STATES DISTRICT JUDGE
28