BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, CA 95814-2322
Telephone: (916) 554-2760
Facsimile: (916) 554-2900
email: yoshinori.himel@usdoj.gov

Attorneys for Petitioner, United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:11-cv-01255-AWI-MJS |
| Petitioner, | **PETITIONER'S NOTICE OF COMPLIANCE; ORDER CLOSING FILE** |
| v. | |
| HETENDRA M. PATEL, Agent for Service for Red Zone, Inc., | |
| Respondent. | |

TO THIS HONORABLE COURT:

PLEASE TAKE NOTICE that respondent has sufficiently complied with the summons enforced here. The case can and should be closed.

DATED: February 23, 2012                        Respectfully submitted,

                                                BENJAMIN B. WAGNER
                                                United States Attorney

                                        By:     */s/ YHimel*
                                                YOSHINORI H.T. HIMEL
                                                Assistant United States Attorney

PETITIONER'S NOTICE OF COMPLIANCE; ORDER CLOSING FILE                    Page 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

<u>ORDER</u>

Upon petitioner's recommendation, the Clerk of the Court is DIRECTED to close this file.

IT IS SO ORDERED.

Dated:   <u>February 24, 2012</u>

*[signature]*

CHIEF UNITED STATES DISTRICT JUDGE